# IN THE SUPREME COURT OF THE STATE OF NEVADA

MICHAEL J. MONA, JR., AN INDIVIDUAL; AND RHONDA H. MONA, NON-PARTY,

Appellants,

vs.

FAR WEST INDUSTRIES, A CALIFORNIA CORPORATION,

Respondent.

No. 70857

**FILED**

APR 27 2017



## *ORDER DISMISSING APPEAL*

This is an appeal from an amended nunc pro tunc district court order granting in part a motion to reduce sanctions to judgment. Eighth Judicial District Court, Clark County; Joseph Hardy, Jr., Judge.

We previously entered an order to show cause why this appeal should not be dismissed for lack of jurisdiction. We stated that this appeal may have been rendered moot by our resolution of a related writ petition in Docket No. 68434. The parties have now filed a stipulation to dismiss this appeal wherein they agree that this appeal is moot. Accordingly, we

ORDER this appeal DISMISSED.

_____Cherry_____, C.J.

cc: Hon. Joseph Hardy, Jr., District Judge
Robert F. Saint-Aubin, Settlement Judge
Santoro Whitmire
Lemons, Grundy & Eisenberg
Marquis Aurbach Coffing
Holley, Driggs, Walch, Fine Wray Puzey & Thompson/Las Vegas
Eighth District Court Clerk

17-13960